# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis Anthony Day,<br>    Plaintiff,<br>  vs.<br>Martin O'Malley, Commissioner of Social Security[1],<br>    Defendant. | Case No. 2:24-cv-00137-JDP<br><br>[PROPOSED] ORDER FOR STIPULATION FOR EXTENSION OF TIME |

    Based upon the parties' stipulation for an extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from April 11, 2024 to June 10, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S BRIEF.  The Defendant's responsive brief is due on July 10, 2024.  The Plaintiff's Reply brief is due on July 24, 2024.

IT IS SO ORDERED.

Dated:  April 16, 2024                                     _____
                                                                        JEREMY D. PETERSON
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).